PER CURIAM.
Affirmed. See Ford Motor Co. v. Kikis, 401 So.2d 1341 (Fla.1981); Cloud v. Fallis, 110 So.2d 669 (Fla.1959); Aetna Casualty & Surety Co. v. Kaufman, 463 So.2d 520 (Fla. 3d DCA 1985); Roberto v. Allstate Insurance Co., 457 So.2d 1148 (Fla. 3d DCA 1984); Loranger v. State, Department of Transportation, 448 So.2d 1036 (Fla. 4th DCA 1983); Venet v. Garcia, 433 So.2d 53 (Fla. 3d DCA 1983); Palmer v. Thomas, 284 So.2d 709 (Fla. 1st DCA 1973).